UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                        CASE NO. 8:17-mj-1517JSS

HARVEY LEE BASS

## ORDER

This cause comes before the Court on the United States' Notice of Filing
Waiver of Right to Speedy Indictment and Unopposed Motion for Determination
That the "Ends of Justice" Warrant a Tolling of the Speedy Indictment Deadline for
Defendant Harvey Lee Bass. Doc. 10. The defendant's waiver is accepted and the
government's unopposed motion is hereby **GRANTED**.

Pursuant to the Speedy Trial Act (the "Act"), 18 U.S.C. §§ 3161 - 3174,
"[a]ny information or indictment charging an individual with the commission of an
offense shall be filed within thirty days from the date on which such individual was
arrested or served with a summons in connection with such charges." *See* 18 U.S.C.
§ 3161(b). The Court, however, may exclude certain periods of time in computing
the time within which an information or an indictment must be filed pursuant to the
Act. *Id.* § 3161(h).

On July 25, 2017, the defendant was arrested on a criminal complaint
charging him with violating 21 U.S.C. § 846. Subsequently, on August 21, 2017, the
defendant executed a Waiver of Right to Speedy Indictment wherein he agreed to
toll the running of the speedy indictment clock up through and including October 31,

2017. Doc. 10.  The following day, the government filed an unopposed motion for this Court to make a determination that the "ends of justice" warrant a brief tolling of the speedy indictment clock. *Id.*

Based on the defendant's waiver and the representations made in the United States' unopposed motion, the Court finds that the parties are currently negotiating a resolution of the above-referenced case.  More time is needed in which to do so.  A resolution of this case in a manner that avoids indictment and/or trial, will preserve prosecutorial, judicial, and public resources.  Therefore, pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by briefly tolling the time in which the defendant must be charged by information or indictment on the charges in the criminal complaint, as required by 18 U.S.C. § 3161(b), outweigh the best interest of the public and the defendant in a speedy indictment.  Accordingly, the period of time between August 22, 2017, and October 31, 2017, shall be deemed excludable under the Act.

SO ORDERED this 23rd day of August, 2017.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE