UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                               CASE NO. 8:17-mj-1517JSS

HARVEY LEE BASS

## ORDER

This cause comes before the Court on the United States' Notice of
Filing Waiver of Right to Speedy Indictment and Unopposed Motion for
Determination that the "Ends of Justice" Warrant a Tolling of the Speedy
Indictment Deadline for Defendant Harvey Lee Bass.  Docs. 12 and 13.  The
defendant's waiver is accepted and the government's unopposed motion is
hereby **GRANTED**.

Pursuant to the Speedy Trial Act (the "Act"), 18 U.S.C. §§ 3161 - 3174,
"[a]ny information or indictment charging an individual with the commission
of an offense shall be filed within thirty days from the date on which such
individual was arrested or served with a summons in connection with such
charges."  *See* 18 U.S.C. § 3161(b).  The Court, however, may exclude certain
periods of time in computing the time within which an information or an
indictment must be filed pursuant to the Act.  *Id.* § 3161(h).

On July 25, 2017, the defendant was arrested on a criminal complaint charging him with violating 21 U.S.C. § 846. Subsequently, on August 21, 2017, the defendant executed a Waiver of Right to Speedy Indictment wherein he agreed to toll the running of the speedy indictment clock up through and including October 31, 2017. Doc. 10. The following day, the government filed an unopposed motion for this Court to make a determination that the "ends of justice" warrant a brief tolling of the speedy indictment clock. *Id.*

The parties continue to negotiate a resolution of this matter. Therefore, on October 30, 2017, the defendant executed a second Waiver of Right to Speedy Indictment wherein he agreed to toll the running of the speedy indictment clock up through and including December 31, 2017. Doc. 12.

Based on the defendant's waiver and the representations made in the United States' unopposed motion, the Court finds that the parties are currently negotiating a resolution of the above-referenced case. More time is needed in which to do so. A resolution of this case in a manner that avoids indictment and/or trial, will preserve prosecutorial, judicial, and public resources.

Therefore, pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by briefly tolling the time in which the defendant must be charged by information or indictment on the charges in the criminal complaint, as required by 18 U.S.C. § 3161(b), outweigh the best interest of

the public and the defendant in a speedy indictment.  Accordingly, the period of time between October 31, 2017, and December 31, 2017, shall be deemed excludable under the Act.

SO ORDERED this __31st__ day of October, 2017.


_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE